**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                  Plaintiff,

     v.

JUAN LUIS ARELLANES ROBLES,

                  Defendant.

Case No. ___25cr3795-H___
             25MJ4968

**INFORMATION**

Title 8, U.S.C.,
Sec. 1324(a)(1)(A)(i)
- Bringing In Certain Aliens
Other Than A Designated Port
of Entry (Felony);
Title 8, U.S.C.,
Sec. 1324(a)(2)(B)(ii) –
Bringing in Aliens for
Financial Gain (Felony) and
Title 18, U.S.C., Sec. 2 –
Aiding and Abetting

The United States Attorney charges:

<u>Counts 1-3</u>

On or about September 9, 2025, within the Southern District of California, defendant, JUAN LUIS ARELLANES ROBLES, with the intent to violate the immigration laws of the United States, did bring to the United States the aliens below, knowing that said persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security;

| Count | Name |
|-------|------|
| 1 | Rosa Maria Giron Ramirez |
| 2 | Jeronimo Garrindo Tellez |
| 3 | David Villegas Jimenez |

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

TJB:lml:9/16/2025

<u>Counts 4-6</u>

On or about September 9, 2025, within the Southern District of California, defendant, JUAN LUIS ARELLANES ROBLES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

| Count | Name |
|-------|------|
| 4 | Rosa Maria Giron Ramirez |
| 5 | Jeronimo Garrindo Tellez |
| 6 | David Villegas Jimenez |

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

DATED: 9/22/2025 .

ADAM GORDON
United States Attorney

*Tyler J. Bramlet*

TYLER J. BRAMLET
Assistant U.S. Attorney

2